# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Phinney et al v. Leigh Holding, LLC et al

District Court Number: 23cv12683-PBS

Fee: Paid? Yes ___ No _X_ Government filer ___ *In Forma Pauperis* Yes ___ No ___

Motions Pending Yes ___ No _X_   Sealed documents Yes ___ No _X_
*If yes, document #*                *If yes, document #*

*Ex parte* documents Yes ___ No _X_   Transcripts Yes ___ No _X_
*If yes, document #*                *If yes, document #*

Notice of Appeal filed by: Plaintiff/Petitioner ___   Defendant/Respondent _X_   Other: ___

Appeal from:

### #26 Electronic Order, #27 Order of Remand, #29 Order

Other information:

---

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

### #26, #27, #29, and #31

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __31__ filed on __April 15, 2024__.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on __April 16, 2024__.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:23−cv−12683−PBS

| | |
|---|---|
| Phinney et al v. Leigh Holding, LLC et al | Date Filed: 11/07/2023 |
| Assigned to: Judge Patti B. Saris | Date Terminated: 02/21/2024 |
| Case in other court:  Suffolk County Superior Court, 2384CV01620 | Jury Demand: Both |
| | Nature of Suit: 190 Contract: Other |
| Cause: 28:1441 Petition for Removal− Breach of Contract | Jurisdiction: Federal Question |

## Plaintiff

**Sheehan Phinney Bass and Green, PA**    represented by    **Charles M. Waters**
Sheehan Phinney Bass & Green, PA
28 State Street, 22nd Flr.
Boston, MA 02109
617−720−2626
Email: cwaters@sheehan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Lambert**
Sheehan Phinney Bass + Green, PA
28 State St.
22nd Floor
Boston, MA 02109
617−897−5600
Fax: 617−439−9363
Email: mlambert@sheehan.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**Leigh Holding, LLC**

## Defendant

**Pro se litigant Richard Seth Tannenbaum**    represented by    **Richard Seth Tannenbaum**
*Pro− Se and Managing Member*
401 N Ashley Dr
Ste #173254
Tampa, FL 33602
813−787−8413
Email: rtannenbaum@ouroborosgroupllc.com
PRO SE

## Defendant

**Samantha Ory**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/07/2023 | 1 | NOTICE OF REMOVAL by Sheehan Phinney from Suffolk County Superior Court, case number 2384CV01620. (Attachments: # 1 Civil Cover Sheet Category Form, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9)(Castilla, Francis) (Main Document 1 replaced on 11/7/2023) (Castilla, Francis). (Additional attachment(s) added on 11/7/2023: # 12 Exhibit 10 Affidavit of Service, # 13 Exhibit 11 Arbitration, # 14 Exhibit 12 Motion to Dismiss amended complaint, # 15 Exhibit 13 Dismissal, # 16 Exhibit 14 Motion for Disqualification) (Castilla, Francis). # 17 Exhibit 15 Memo in Support motion to Dismiss, # 18 Exhibit 16 Notice Withdraw, (Castilla, Francis). (Additional attachment(s) added on 11/7/2023: # 19 Exhibit 17 Sheehan PA SOS Articles., # 20 Exhibit 18 SCRUPULOUS ADMINISTRATION OF JUSTICE, # 21 Exhibit 19 Notice of Dismiss served) (Castilla, Francis). (Entered: 11/07/2023) |
| 11/07/2023 | 2 | NOTICE of Appearance by Richard Tannernbaum on behalf of Leigh Holding, LLC (Castilla, Francis) (Main Document 2 replaced on 11/7/2023) (Castilla, Francis). (Main Document 2 replaced on 11/7/2023) (Castilla, Francis). (Entered: 11/07/2023) |
| 11/07/2023 | 3 | Filing fee/payment: $ 402.00, receipt number 100005378 for 1 Notice of Removal, (Barbosa, Nilsa) (Entered: 11/07/2023) |
| 11/07/2023 | 4 | ELECTRONIC NOTICE of Case Assignment. Judge Patti B. Saris assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Paul G. Levenson. (Cowan, Nicole) (Entered: 11/07/2023) |
| 11/08/2023 | 5 | Certified Copy of Notice of Removal Provided to Richard Tannernbaum ( PRO − SE ). (Geraldino−Karasek, Clarilde) (Entered: 11/08/2023) |
| 11/08/2023 | 6 | ELECTRONIC NOTICE TO COUNSEL:<br><br>The Category form filed with the Notice of Removal indicates there are pending motions that need this court's attention. Please re−file any pending motions from State Court into this District Court Record.<br><br>(Geraldino−Karasek, Clarilde) (Entered: 11/08/2023) |
| 11/09/2023 | 7 | NOTICE of Scheduling Conference<br><br>This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the courtroom deputy of the session as soon as possible.<br><br>Audio access to the hearing may be available to the media and public. Please check the Court schedule. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br><br>For questions regarding access to hearings, you may refer to the general orders and public notices of the Court available on www.mad.uscourts.gov or contact |

| | | |
|---|---|---|
| | | media@mad.uscourts.gov.<br><br>Scheduling Conference set for 1/16/2024 10:15 AM in Remote Proceeding : Boston before Judge Patti B. Saris. (Molloy, Maryellen) (Entered: 11/09/2023) |
| 11/09/2023 | 8 | DOCKET SHEET and 7 NOTICE of Scheduling Conference: SENT TO Richard Tannernbaum Leigh Holdings, LLC 401 N ASHLEY DR #173254 Tampa, FL 33602<br><br>(Geraldino−Karasek, Clarilde) (Entered: 11/09/2023) |
| 11/09/2023 | 9 | LETTER notification to the Court AND MOTION for Leave to file electronically Pro Se by Richard Tannernbaum.(Geraldino−Karasek, Clarilde) (Entered: 11/09/2023) |
| 11/09/2023 | 10 | MOTION for Judicial Notice to the Court by Richard Tannernbaum. (Attachments: # 1 Exhibit A)(Geraldino−Karasek, Clarilde) (Entered: 11/09/2023) |
| 11/13/2023 | 11 | AFFIDAVIT of Richard Tannernbaum in support re 1 Notice of Removal by Richard Tannernbaum. (Attachments: # 1 Exhibit−A )(Geraldino−Karasek, Clarilde) (Entered: 11/13/2023) |
| 11/14/2023 | 12 | Judge Patti B. Saris: ENDORSED ORDER entered ALLOWED re 9 Motion for leave to electronically file Pro Se.<br><br>Pro se litigants must have an individual PACER account to electronically file in the District of Massachusetts. To register for a PACER account, go the Pacer website at https://pacer.uscourts.gov/register−account.<br><br>Pro se e−filing account Instructions https://www.mad.uscourts.gov/caseinfo/nextgen−pro−se.htm.<br><br>If you already have a PACER account with E−Filing access as a pro se litigant, you do not need to register again. Please email tracy_mclaughlin@mad.uscourts.gov.<br><br>(Geraldino−Karasek, Clarilde) (Entered: 11/14/2023) |
| 11/14/2023 | 13 | Copy re 12 Order on Motion for leave to electronically file Pro Se− MAILED TO Richard Tannernbaum Leigh Holdings, LLC 401 N ASHLEY DR #173254 Tampa, FL 33602 on 11/14/2023.<br><br>(Geraldino−Karasek, Clarilde) (Entered: 11/14/2023) |
| 11/30/2023 | 14 | STATE COURT Record filed by Richard Tannernbaum ( Pro−Se). (Geraldino−Karasek, Clarilde) (Entered: 12/06/2023) |
| 01/15/2024 | 15 | First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Richard Seth Tannenbaum. (Attachments: # 1 Motion, # 2 Memorandum, # 3 Plaintiffs' Opposition, # 4 Defendant Reply, # 5 9a Certificate)(Tannenbaum, Richard) (Entered: 01/15/2024) |
| 01/15/2024 | 16 | First MOTION to Compel *Arbitration* by Richard Seth Tannenbaum. (Attachments: # 1 DEFENDANTS INCORPORATED MEMORANDUM & MOTION TO COMPEL ARBITRATION OF PLAINTIFF LAW FIRM SHEEHAN, PHINNEY, BASS & GREEN, PA CLAIMS, # 2 LAINTIFF SHEEHAN, PHINNEY, BASS & GREEN, PAS OPPOSITION TO DEFENDANTS MOTION TO COMPEL ARBITRATION, # 3 DEFENDANT SUR−REPLY TO PLAINTIFF LAW FIRMS OPPOSITION TO MOTION TO COMPEL ARBITRATION, # 4 9C Certificate)(Tannenbaum, Richard) |

| | | |
|---|---|---|
| | | (Entered: 01/15/2024) |
| 01/15/2024 | 17 | First MOTION to Strike *THE SCANDALOUS PLEADING OF PLAINTIFF'S COUNSEL* by Richard Seth Tannenbaum.(Tannenbaum, Richard) (Entered: 01/15/2024) |
| 01/16/2024 | 18 | STATEMENT OF COUNSEL *In Advance of Scheduling Conference* by Sheehan Phinney Bass and Green, PA. (Waters, Charles) (Entered: 01/16/2024) |
| 01/16/2024 | 19 | First MOTION for Sanctions *FOR SHEEHAN PHINNEY BASS & GREEN, PAS MISREPRESENTATION TO THE COURT* by Richard Seth Tannenbaum.(Tannenbaum, Richard) (Entered: 01/16/2024) |
| 01/16/2024 | 20 | Amended MOTION for Sanctions *FOR SHEEHAN PHINNEY BASS & GREEN, PAS MISREPRESENTATION TO THE COURT [CORRECTED\*]* by Richard Seth Tannenbaum.(Tannenbaum, Richard) (Entered: 01/16/2024) |
| 01/16/2024 | 21 | Electronic Clerks Notes for proceedings held before Judge Patti B. Saris: Status/Scheduling Conference held by video.<br><br>ORDERED:<br><br>Plaintiffs to file motion to remand for lack of subject matter jurisdiction shall be filed by 1/19/2024<br><br>Opposition due by 2/2/2024.<br><br>All other pending motions are stayed.<br><br>All discovery is stayed, until a ruling on the motion to remand is decided.<br><br>(Attys present: Attorney Waters for Plaintiff; Defendant − Richard Seth Tannenbaum pro se)<br><br>(Court Reporter: NO COURT REPORTER USED Used.) (Molloy, Maryellen) (Entered: 01/16/2024) |
| 01/19/2024 | 22 | MOTION to Dismiss *Pursuant to Fed.R.Civ.P. 12(b)(1)*, MOTION to Remand ( Responses due by 2/2/2024) by Sheehan Phinney Bass and Green, PA.(Waters, Charles) (Entered: 01/19/2024) |
| 01/19/2024 | 23 | MEMORANDUM in Support re 22 MOTION to Dismiss *Pursuant to Fed.R.Civ.P. 12(b)(1)* MOTION to Remand filed by Sheehan Phinney Bass and Green, PA. (Attachments: # 1 Ex. A Complaint, # 2 Ex. B Amended Complaint, # 3 Ex. C Summons and ROS, # 4 Ex. D Default Order, # 5 Ex. E Aff of Service of M. Lambert)(Waters, Charles) (Entered: 01/19/2024) |
| 02/02/2024 | 24 | Opposition re 22 MOTION to Dismiss *Pursuant to Fed.R.Civ.P. 12(b)(1)* MOTION to Remand *OPPOSITION TO THE MOTION TO REMAND FROM LAW FIRM SHEEHAN, PHINNEY, BASS, AND GREEN, P.A.* filed by Richard Seth Tannenbaum.<br><br>(Attachments: # 1 Exhibit A−MA SOS 2023, # 2 Exhibit B−NH SOC 2023, # 3 Exhibit C−Motion to dismiss, opposition, and reply, # 4 Exhibit D−DQ−Sheehan, # 5 Exhibit E−Dismissal)(Tannenbaum, Richard) |

| | | |
|---|---|---|
| | | (Attachment 2− Exhibit B − NH SOC 2023 re−docket to correct document view of PDF attached on 2/6/2024 (Geraldino−Karasek, Clarilde).<br><br>(Entered: 02/02/2024) |
| 02/02/2024 | 25 | ELECTRONIC NOTICE issued requesting courtesy copy for 24 Opposition re 22 MOTION to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(1) MOTION to Remand OPPOSITION TO THE MOTION TO REMAND FROM LAW FIRM SHEEHAN, PHINNEY, BASS, AND GREEN, P.A. filed by Richard Seth Tannenbaum.<br><br>The Party who filed this document is requested to submit a courtesy copy of this document to the Clerk's Office by 2/8/2024. **These documents must be clearly marked as a Courtesy Copy and reflect the document number assigned by CM/ECF.**<br><br>(Geraldino−Karasek, Clarilde) (Entered: 02/02/2024) |
| 02/21/2024 | 26 | Judge Patti B. Saris: ELECTRONIC ORDER entered.<br><br>This case was originally filed in Suffolk County Superior Court on July 12, 2023. Defendant Leigh Holdings, LLC was served and the Return of Service was filed on July 23, 2023. Though Defendant Tannenbaum argues he was never properly served, he was nonetheless provided with the Complaint at the same time as Leigh Holdings, LLC or shortly thereafter, as he filed numerous motions in September, including a Motion to Dismiss and a Motion to Compel Arbitration. Defendants removed this case on November 7, 2023.<br><br>"The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter." 28 U.S.C. § 1446(b)(1).<br><br>Defendants received a copy of the initial pleading "through service or otherwise" at the latest by September. The statutory deadline for removal having lapsed, the Motion to Remand [Dkt. 22 ] is ALLOWED and the case is REMANDED to Suffolk County Superior Court. The remaining motions [Dkts. 10 , 15 , 16 , 17 , 19 , and 20 are DENIED AS MOOT.<br><br>(Geraldino−Karasek, Clarilde) (Entered: 02/21/2024) |
| 02/21/2024 | 27 | Judge Patti B. Saris: ORDER entered. ORDER OF REMAND to Suffolk County Superior Court.(Geraldino−Karasek, Clarilde) (Entered: 02/21/2024) |
| 03/06/2024 | 28 | First MOTION for Reconsideration re 27 Order of Remand to the State Court by Leigh Holding, LLC, Richard Seth Tannenbaum. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Tannenbaum, Richard) (Entered: 03/06/2024) |
| 03/18/2024 | 29 | Judge Patti B. Saris: ENDORSED ORDER entered DENIED re re 28 First Motion for Reconsideration.(Geraldino−Karasek, Clarilde) (Entered: 03/20/2024) |
| 04/02/2024 | 30 | Case file sent to Suffolk County Superior Court− Case No. 2384CV01620. (Geraldino−Karasek, Clarilde) (Entered: 04/02/2024) |

| 04/15/2024 | 31 | NOTICE OF APPEAL re 26 ELECTRONIC ORDER, 27 ORDER OF REMAND, 29 ORDER, by Richard Seth Tannenbaum NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf. US District Court Clerk to deliver official record to Court of Appeals by 5/6/2024. (Tannenbaum, Richard) <**<br><br>Modified on 4/16/2024 to Correct Docket Text and Add CM/ECF NextGen Document Links to Orders Being Appealed as Defendant Tannenbaum Failed to Follow the CM/ECF NextGen Prompts When Filing the Notice of Appeal In Violation of Court Rules and CM/ECF NextGen Administrative Procedures. (Paine, Matthew).<br><br>**(Entered: 04/15/2024)** |

United States District Court

District of Massachusetts

**Notice of Electronic Filing**

The following transaction was entered on 2/21/2024 at 5:12 PM EST and filed on 2/21/2024

| | |
|---|---|
| **Case Name:** | Phinney et al v. Leigh Holding, LLC et al |
| **Case Number:** | 1:23−cv−12683−PBS |
| **Filer:** | |
| **Document Number:** | 26(No document attached) |

**Docket Text:**
**Judge Patti B. Saris: ELECTRONIC ORDER entered.**

This case was originally filed in Suffolk County Superior Court on July 12, 2023. Defendant Leigh Holdings, LLC was served and the Return of Service was filed on July 23, 2023. Though Defendant Tannenbaum argues he was never properly served, he was nonetheless provided with the Complaint at the same time as Leigh Holdings, LLC or shortly thereafter, as he filed numerous motions in September, including a Motion to Dismiss and a Motion to Compel Arbitration. Defendants removed this case on November 7, 2023.

"The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter." 28 U.S.C. § 1446(b)(1).

Defendants received a copy of the initial pleading "through service or otherwise" at the latest by September. The statutory deadline for removal having lapsed, the Motion to Remand [Dkt. [22]] is ALLOWED and the case is REMANDED to Suffolk County Superior Court. The remaining motions [Dkts. [10], [15], [16], [17], [19], and [20] are DENIED AS MOOT.

(Geraldino−Karasek, Clarilde)

**1:23−cv−12683−PBS Notice has been electronically mailed to:**

Michael J. Lambert     mlambert@sheehan.com, akelleher@sheehan.com, lbellamente@sheehan.com

Charles M. Waters     cwaters@sheehan.com, akelleher@sheehan.com, lcatinella@sheehan.com

Richard Seth Tannenbaum     rtannenbaum@ouroborosgroupllc.com

**1:23−cv−12683−PBS Notice will not be electronically mailed to:**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Sheehan Phinney Bass and Green, PA, et al
Plaintiff

V.

Leigh Holdings, LLC, et al
Defendant

CIVIL ACTION NO.

23-12683-PBS

## ORDER OF REMAND

Saris, DJ

Pursuant to Court's Order entered on February 21, 2024, case is hereby remanded to Suffolk Superior Court.

SO ORDERED.

By the Court,

2/21/2024	/s/ Clarilde Karasek

Date	Deputy Clerk

9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SHEEHAN, PHINNEY, BASS & GREEN, PA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 1:23-CV-12683-PBS |
| | ) | |
| | ) | |
| | ) | |
| LEIGH HOLDINGS, LLC, et. al. | ) | |
| | ) | |
| Defendants | ) | |

## MOTION FOR RECONSIDERATION OF THE ORDER OF REMAND [DE 27]

Defendants Leigh Holdings, LLC and Richard Tannenbaum respectfully moves this Court under Federal Rule of Civil Procedure 59(e) to reconsider its prior order denying Defendant's Motion to Remove this case from the Suffolk County Superior Court of Massachusetts to this Court pursuant to 28 U.S.C. 1443(1) and those reasons articulated by reference in the "*Opposition To The Motion To Remand From Law Firm Sheehan, Phinney, Bass, And Green, P.A.*" [DE 24], (the "Opposition") (Exhibit A) makes allegations that the Plaintiff is misusing confidential client information in order to create claims against the individual Defendant that require a personal guarantee, which Plaintiff did not bargain for in this instance.

Defendants Leigh Holdings, LLC, and Richard Tannenbaum ("Defendants") respectfully move this Court, pursuant to Fed. R. Civ. P. 59(e), to reconsider its Order dated 2/21/2024 ("Order") remanding this action to Massachusetts Superior Court. Reconsideration is warranted because the Order may have overlooked key facts and controlling law demonstrating that removal is proper under 28 U.S.C. § 1443(1) to safeguard Defendants' federal civil rights.

3/18/24
Denied.
Patti B Saris

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SHEEHAN, PHINNEY, BASS & GREEN, PA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 1:23-cv-12683-PBS |
| | ) | |
| | ) | |
| | ) | |
| LEIGH HOLDINGS, LLC, et. al. | ) | |
| | ) | |
| Defendants | ) | |

### NOTICE OF APPEAL OF ORDER OF REMAND

Defendant hereby respectfully submits this notice of appeal for Defendants Leigh Holding, LLC and Richard Tannenbaum and Plaintiff Sheehan, Phinney Bass, & Green, P.A., case number 1:23-cv-12683-PBS. Defendants are appealing the Order of Remand (paper number #27, dated February 21, 2024), which remanded this case to Suffolk Superior Court, in the United States Court of Appeals for the First Circuit.

|  |  |
|---|---|
| Respectfully submitted,<br>**Leigh Holdings, LLC**[1] | Respectfully submitted,<br>**Richard Tannenbaum**[2] |
| By its Managing Member, | By himself, |
| /s/ Richard Tannenbaum<br>Richard Tannenbaum<br>401 N ASHLEY DR #173254<br>TAMPA, FL 33602-4301<br>T: (813) 308-9273<br>Email: rtannenbaum@ouroborosgroupllc.com | /s/ Richard Tannenbaum<br>Richard Tannenbaum<br>*Pro Se*<br>401 N ASHLEY DR #173254<br>TAMPA, FL 33602-4301<br>T: (813) 308-9273<br>Email: rtannenbaum@ouroborosgroupllc.com |

DATED:  Monday, April 15, 2024

---

[1] This is without waiver of any defenses under Rule 12 and further objecting to the use of privilege information subject to attorney-client privilege.
[2] This is without waiver of any defenses under Rule 12 and further objecting to the use of privilege information subject to attorney-client privilege.

**CERTIFICATE OF SERVICE**

    I, Richard Tannenbaum, hereby certify that on Monday, April 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which on information and belief, sent notification of such filing to all parties of record.

*/s/ Richard Tannenbaum*
Richard Tannenbaum

2